# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: REESTABLISHMENT OF THE  :  NO. 313
MAGISTERIAL DISTRICTS WITHIN  :
THE 11th JUDICIAL DISTRICT OF  :  MAGISTERIAL RULES DOCKET
THE COMMONWEALTH OF  :
PENNSYLVANIA  :

## AMENDED ORDER

**AND NOW,** this 28th day of November 2014, the Order dated February 25, 2013, that Reestablished the Magisterial Districts of the 11th Judicial District (Luzerne County) of the Commonwealth of Pennsylvania, is hereby AMENDED as follows: The elimination of Magisterial District 11-3-05 and the realignment of Magisterial Districts 11-3-01, 11-3-03, and 11-3-06 shall be effective December 1, 2014. The Order of February 25, 2013, shall remain in effect in all other respects.

_Ronald D. Castille_

Chief Justice of Pennsylvania